JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK WHITE, | ) | Case No.:  CV 12-5150 DSF (PJWx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| RANDOM HOUSE, INC., et al., | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed without leave to amend,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

4/30/13

Dated: _____          _____
                                                     Dale S. Fischer
                                                United States District Judge